# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00708-CR

**Mike Cruz Garza, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF LAMPASAS COUNTY, 27TH JUDICIAL DISTRICT
### NOS. 7114 & 7115, HONORABLE JOE CARROLL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

In 2001, Mike Cruz Garza was convicted of intoxication manslaughter and aggravated assault. The convictions were affirmed and are now final. *Garza v. State*, Nos. 03-01-00423-CR & 03-01-00424-CR, 2002 Tex. App. LEXIS 6274 (Tex. App.—Austin 2002, pet. ref'd) (not designated for publication).

Garza filed a motion in the district court asking that he be provided a free copy of the trial record. The motion was overruled on October 7, 2005. Caldwell then filed a notice of appeal.

This Court does not have jurisdiction except as expressly granted by law. *See Apolinar v. State*, 820 S.W.2d 792, 794 (Tex. Crim. App. 1991); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.). Garza's notice of appeal does not invoke this Court's appellate jurisdiction.

The appeal is dismissed.

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Dismissed for Want of Jurisdiction

Filed:  November 18, 2005

Do Not Publish